IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13CR10-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| O'KIERA DONELL MYERS ) | |

Leave of Court is hereby granted for the dismissal *without prejudice* of the Bill of Indictment and the Superseding Indictment in the above-captioned matter.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: April 10, 2013

Richard L. Voorhees
United States District Judge